

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| VICTORY ENERGY CORPORATION, | | No. 08-12-00248-CV |
| SMARTGAS, L.L.C, and HCP | § | |
| INVESTMENTS, L.L.C., | | Appeal from the |
| Appellants, | § | |
| | | 112th Judicial District Court |
| v. | § | |
| | | of Crockett County, Texas |
| OZ GAS CORPORATION, | § | |
| Appellee. | | (TC# 08-04-07047-CV) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, from which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF SEPTEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., (Not Participating)